AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | **8:19MJ2304JSS** |
| JUSTIN JAMES GOSETTO | ) | Case No. |
| a/k/a Justin Gosetta | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 27, 2019___ in the counties of ___Pinellas___ in the ___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1); | Possession of a firearm and ammunition by a convicted felon; |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(D); | Possession of less than 50 kilograms of marijuana with intent to manufacture |
| 18 U.S.C. § 924(c)(1)(A) | and distribute; |
| | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_ATKakareka_
*Complainant's signature*

Ashley Kakareka, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _10/1/19_

_Judge's signature_

City and state: ___Tampa, Florida___   JULIE S. SNEED, U.S. Magistrate Judge
*Printed name and title*

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Ashley Kakareka, being duly sworn, hereby depose and state the following:

## INTRODUCTION

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and, as such, am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C).  I have been employed with the FBI since 2015 and as a Special Agent since 2019.  I am currently assigned to the FBI's Joint Terrorism Task Force ("JTTF") in Tampa, Florida.  My duties with the FBI include, but are not limited to, the investigation of alleged violations of federal criminal statutes.  My duties also include extensive document review and analysis, interviews of witnesses and subjects, and the execution of federal arrest warrants and search warrants.  In my capacity as a Special Agent, I have received training in searches and seizures, electronic and in-person surveillance, and investigations involving international terrorism and other criminal matters.

2.     This affidavit is submitted in support of a criminal complaint charging **Justin James GOSETTO** (a/k/a "Justin Gosetta") with:

a.     Possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1);

   b.   Possession of less than 50 kilograms of marijuana with intent to

manufacture and distribute, in violation of 21 U.S.C. §§ 841(a)(1)

and (b)(1)(D); and

   c.   Possession of a firearm in furtherance of a drug trafficking crime, in

violation of 18 U.S.C. § 924(c)(1)(A).

3.   The information contained in this affidavit is based in part on information obtained from a review of investigative reports completed by law enforcement, conversations with law enforcement officers, and a review of government and business records.  This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that the above offenses have been committed and that GOSETTO committed them.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related only in substance and in part, and are not intended to be verbatim recitations.  When a date is listed, I mean that the event occurred "on or about" that date.  When a time period is listed, I mean that the event occurred "in or around" that time period.

## PROBABLE CAUSE

4.   GOSETTO's criminal history includes the following felony convictions:

a.  On or about December 13, 2012, in the Superior Court for the State of California, Orange County, **GOSETTO** was convicted of i) possession of a controlled substance, and ii) unlawful possession of a controlled substance;[1] and

b.  On or about December 10, 2013, in the United States District Court for the Southern District of Ohio, **GOSETTO** was convicted of i) making a false statement in connection with the acquisition of a firearm, in violation of 18 U.S.C. § 922(a)(6), and ii) possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

5.  On September 25, 2019, Judge Dee Anna Farnell of the Sixth Judicial Circuit Court of Florida issued a search warrant for the residence located at 5020 2nd Avenue North, in St. Petersburg, Florida, at which **GOSETTO** was believed to be residing. The warrant authorized the seizure of evidence related to violations of Florida state laws involving the unlawful cultivation, manufacture, and possession of marijuana.

6.  On September 27, 2019, members of the St. Petersburg Police Department ("SPPD") executed the search warrant. In the course of doing so, SPPD officers saw **GOSETTO** outside of the fence that surrounded part of the

---

[1] The case information lists **GOSETTO**'s name as both "Justin James Gosetto" and "Justin J Gosetta."

residence.  Officers made contact with GOSETTO, announced that they were the police, and advised him that he was being detained in connection with the execution of the warrant.  SPPD Detective Jeffrey Nichols then handcuffed GOSETTO and patted him down for weapons. During the pat down, Detective Nichols plainly felt what appeared to be a handgun in the front pocket of GOSETTO's shorts.  GOSETTO then spontaneously said, "I grabbed a gun when I came out.  I didn't know what was going on."  Detective Nichols thereafter removed a Glock model 36 .45 caliber pistol (serial number BAWL649) from the pocket of GOSETTO's shorts.  The pistol's magazine was loaded with approximately six rounds of ammunition.

7.     After GOSETTO had been secured, SPPD officers entered and searched GOSETTO's residence pursuant to the warrant.  The residence is a small one-bedroom home, with a living area, kitchen, and bathroom.  There is a small closet in the bedroom.  Online records from the Pinellas County Property Appraiser indicate that the residence contains approximately 604 square feet of total living area.  GOSETTO's Florida driver's license lists the address as his residence.

8.     Officers found a total of five marijuana plants during the search. Two plants were located in the yard outside the residence, and three plants were located inside the bedroom closet under fluorescent lights.  Additionally, officers

found at least three large mason jars containing marijuana and multiple small mason jars containing marijuana, separated in a manner that is consistent with an intent to distribute, in a cabinet in the kitchen area. Officers also located notes concerning the growth cycle of the marijuana. In total, approximately 85.1 grams of marijuana were found in the large mason jars in GOSETTO's residence, in addition to the five marijuana plants. The SPPD estimates that each marijuana plant is capable of producing approximately one pound of marijuana.

9.      Officers also found a Glock handgun case and a box containing approximately 37 rounds of .45 caliber ammunition in a drawer in the bedroom, adjacent to the closet where the indoor marijuana plants were located.

10.     Special Agent Thomas Pietrowicz of the Bureau of Alcohol, Tobacco, Firearms and Explosives has conducted a preliminary examination of the Glock model 36 pistol and ammunition. Based upon information that the FBI provided to him, as well as photographs of the pistol and ammunition, Special Agent Pietrowicz has determined that the Glock model 36 pistol had been manufactured in Austria by Glock and imported into the United States by Glock, Inc., in Smyrna, Georgia. Special Agent Pietrowicz has also determined that the 37 rounds of .45 caliber ammunition found in the box in the bedroom bore the head stamp "Winchester" and had been manufactured by Winchester in East Alton, Illinois. Therefore, the Glock 36 pistol and 37 rounds of ammunition had

5

traveled in interstate or foreign commerce before **GOSETTO** possessed them on September 27, 2019.

11.     Based on the foregoing, there is probable cause to believe that **GOSETTO** has committed violations of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A), as well as 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).  Accordingly, I request that the Court issue a warrant for his arrest as to those offenses.


Ashley Kakareka, Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me
this _1_ day of October 2019, in Tampa, Florida.


JULIE S. SNEED
United States Magistrate Judge

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK